UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:16-024 |
| ) | |
| ANTONIO BINNS ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Peter D. Johnson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Peter D. Johnson** be granted leave of absence for the following periods: **July 26, 2016 through July 29, 2016.**

This __18th__ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia