PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 MAR -2 P 3: 16
CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                                    Crim. No.   1:16CR00024-002

Antonio Binns

On April 11, 2017, the above named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Lori H. Mitchell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2nd___ day of ___March___, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA